IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00918-BNB

ROBERT LEE DAVIS,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),
GREG YATES,
GREGG FISHER,
DON MERRITT, and all other interested persons etc.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Robert Lee Davis initiated this action by filing *pro se* a Title VII Complaint. In an order filed on June 10, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Davis to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Davis was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Davis has failed within the time allowed to file an amended complaint in this action and he has failed to respond to Magistrate Judge Boland's June 10 order in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00918-BNB

Robert Lee Davis
14806 E. 2nd Avenue
Bldg. G # 304
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk